**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DEREK MAURICE PARKS, SR.                                                            PLAINTIFF
ADC #128186

v.                                         NO. 2:10CV00023 JLH/HDY

JOSEPH HUGHES, *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his claims against Defendant Joe Spears (docket entry #28) is GRANTED, and Plaintiff's claims against Spears are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE