**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DEREK MAURICE PARKS, SR.                                                                    PLAINTIFF
ADC #128186

v.                                         NO: 2:10CV00023 JLH/HDY

JOSEPH HUGHES, *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Gray are DISMISSED WITHOUT PREJUDICE, and Gray's name is removed as a party Defendant.

IT IS SO ORDERED this 26th day of May, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE